# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| John T. Hines, | ) | |
| | ) | |
|     Plaintiff/Counterdefendant, | ) | |
| | ) | |
|     v. | ) | CASE NO: 1:08-cv-00914-PLF |
| | ) | |
| UNITED STATES, et al. | ) | |
| | ) | |
|     Defendants/Counterplaintiffs. | ) | |

_____

### PLAINTIFF'S /COUNTER-DEFENDANT'S NOTICE OF OBJECTIONS

COMES NOW Plaintiff and files this Notice of Objections to the Court's September 30, 2009 Order. Plaintiff has meritorious defenses which were not considered by the Court.

1. The Court claims that Plaintiff "has not submitted any evidence that the tax assessments are inaccurate." That is not true. "The presumption of correctness" was rebutted, and the Court ignored the rebuttal and continued to argue as if no rebuttal was made. When the Court refuses to take into consideration facts which are material and relevant to the case, and then accuses Plaintiff of not providing facts -- these same facts that the Court has in its possession and ignores -- then the Court can be fairly accused in the obstruction of justice and the concealment of material facts and evidence to justify its unjust ruling. Can the Court over-ride material facts in a summary judgment motion by simply ignoring them? If so, can the Court cite the legal authority which gives it the right to do so?

2. The IRS did not comply with notice requirements. There is no proof on the record that the IRS sent Plaintiff a Notice and Demand letter to ANY address. Furthermore, the Due process

1

notice was not "properly sent" as required under Title 26 and the Regulations.

3. The amount of levy was not lawful.

4. The Court NEVER properly considered Plaintiff's arguments on more than one issue.

A supporting Memorandum of Law is filed herewith.


**WHEREFORE,** Plaintiff John T. Hines moves the Court to perform its fiduciary duty, to correct its action by vacating its order of September 30, 2009, and to grant Plaintiff damages and other relief the Court deems appropriate.


    /s/ Elias Aoun_____                    Date: October 9, 2009
Elias Aoun, Esq. Bar Number 479315
2531 Trellis Green
Cary, NC 27518
E-mail: Lawyer2008@yahoo.com
Cell Phone 202-257-7796


In the world ye shall have tribulation: but be of good cheer; I have overcome the world.
(John 16:33)

2

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that service of the foregoing Plaintiff's Memorandum, along with related attachments and exhibits have been made this 9th day of October, 2009, via the Court's ECF electronic filing system to:

>YONATAN GELBLUM
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 227
>Washington, DC  20044
>Phone/Fax:  (202) 305-3136/514-6866
>Email: Yonatan.Gelblum@usdoj.gov


>____/s/ Elias Aoun_____
>Elias Aoun

3