SCHEDULED FOR ORAL ARGUMENT ON NOVEMBER 16, 2009

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| JOHN T. HINES | ) | |
| | ) | |
| Plaintiff-Appellant | ) | |
| | ) | |
| v. | ) | No. 08-5459 |
| | ) | |
| UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE | ) ) | |
| | ) | |
| Defendants-Appellees | ) | |

**REPLY TO APPELLANT'S OPPOSITION TO APPELLEES' MOTION TO DISMISS APPEAL FOR MOOTNESS**

The United States and the Internal Revenue Service, appellees herein, filed a motion to dismiss this interlocutory appeal, arguing that the District Court's entry of a decision on the merits in favor of the Government rendered moot John T. Hines's (taxpayer) appeal from the denial of a preliminary injunction. Nothing in taxpayer's opposition undermines either the reasoning or conclusion advanced in the Government's motion.

Taxpayer argues (Opp. 1-3) that the Government's motion misapplied the relevant authorities because his "claims were not moot when the complaint was filed" and "at the time the interlocutory appeal

4726161.4

-2-

was filed," citing *Tucson Medical Center v. Sullivan*, 947 F.2d 971, 978 (D.C. Cir. 1991). (Opp. 2.) Taxpayer's contentions are misplaced. The Government maintains that the instant appeal is moot because the District Court entered a decision on the merits while this appeal was pending, not because taxpayer's claims were moot when he filed his complaint or when the appeal was initially filed. As discussed in our motion (pp. 4-5), it is well established that an interlocutory appeal from the denial of a preliminary injunction is rendered moot once the district court denies permanent relief. In this regard, taxpayer's attempt to distinguish *Burgess v. Ryan*, 996 F.2d 180 (7th Cir. 1993), is woefully misplaced. (Opp. 3.) Here, the preliminary injunction never was, and is not currently, in force. Therefore, this Court should dismiss this appeal because it is moot.

Taxpayer's only remaining arguments (Opp. 3-5) relate to the District Court's decision on the merits. Taxpayer, however, has not appealed that decision, and he may not attack the court's reasoning in that decision here.[1]

---

[1] On October 9, 2009, taxpayer filed in the District Court a
(continued...)

4726161.4

-3-

## CONCLUSION

For the foregoing reasons, this Court should dismiss this appeal for mootness.

                              Respectfully submitted,

                              JOHN A. DiCICCO
                                *Acting Assistant Attorney General*

/s/ Steven K. Uejio

STEVEN K. UEJIO　　　　(202)353-1955
FRANCESCA U. TAMAMI　(202)514-1882
   *Attorneys*
   *Tax Division*
   *Department of Justice*
   *Post Office Box 502*
   *Washington, D.C. 20044*

*Of Counsel*:

JEFFREY A. TAYLOR
   *United States Attorney*

Dated: This 16th day of October, 2009.

---

[1](...continued)
"Motion to Vacate Court's Order" (Doc. 36) and a "Notice of Objections" (Doc. 37). The District Court has not ruled on these motions.

4726161.4

-4-

# CERTIFICATE OF SERVICE

It is hereby certified that on October 16, 2009, this reply was electronically filed with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit, and served on counsel for the appellant via the CM/ECF system.

/s/ Steven K. Uejio

_____

STEVEN K. UEJIO
*Attorney*

4726161.4