_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

|  |  |  |
|---|---|---|
| **John T. Hines,** | ) | |
| Appellant, | ) | |
|  | ) | D.C. Cir. No. 08-5459 |
| v. | ) | |
| **UNITED STATES OF AMERICA, et al.** | ) | |
| Appellees. | ) | |

_____

### APPELLANT'S MOTION FOR LEAVE TO RESPOND TO APPELLEES' REPLY

If a motion for leave is required, Appellant hereby moves this Honorable Court for leave to file a response to Appellees' Reply of October 16, 2009.

Appellant's counsel has not conferred with Appellees' counsel on this issue.

Appellant respectfully requests that this Court grant him leave. It is necessary for Appellant to represent his views in light of certain lies made by Appellees' attorney.

Respectfully submitted,

____/s/_____
Elias Aoun, Esq.

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

|  |  |  |
|---|---|---|
| **John T. Hines,** | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | D.C. Cir. No. 08-5459 |
| v. | ) | |
| **UNITED STATES OF AMERICA, et al.** | ) | |
| | ) | |
| Appellees. | ) | |

_____

## ORDER
## GRANTING APPELLANT'S MOTION FOR LEAVE TO RESPOND TO APPELLEES' REPLY

Having considered Appellant's Motion for Leave, it is therefore

ORDERED that Appellant's Motion for Leave to respond to Appellees' Reply is hereby GRANTED.

IT IS SO ORDERED.

DATED this ___ day of _____.

_____
UNITED STATES COURT OF APPEALS JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2009 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court for the U.S. Court of Appeals for the D.C. Circuit, and served on counsel for the appellees via the CM/ECF system.

_____/s/_____
Elias Aoun, Esq.