# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| No. 08-5459 | September Term 2009 |
| | 1:08-cv-00914-PLF |
| | Filed On:  November 9, 2009 |

John T. Hines,

    Appellant

    v.

United States of America and Internal Revenue Service,

    Appellees

**BEFORE:**    Ginsburg and Griffith, *Circuit Judges*, and Williams, *Senior Circuit Judge*

## O R D E R

Upon consideration of appellees' motion to dismiss appeal for mootness, the opposition and reply thereto, appellant's motion for leave to respond to appellees' reply, and the lodged surreply, it is

**ORDERED** that the motion for leave to respond be denied.  It is

**FURTHER ORDERED** that the motion to dismiss appeal for mootness be granted and this case is hereby dismissed.

The Clerk is directed to withhold issuance of the mandate herein until seven days after the disposition of any timely petition for rehearing or petition for rehearing *en banc*.  *See* Fed R. App. P. 41(b); D.C. Cir. R. 41.

### Per Curiam

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:    /s/
    Cheri Carter
    Deputy Clerk